M. K. Nagle, appellee, v. J. L. Hanson Company, appellant. Gen. No. 36,572.

Opinion filed November 6, 1933. Rehearing denied November 20, 1933.

Otto Schusterman, for appellant. Harold L. Feigenholtz, for appellee; Sidney Rubin, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Irene Spiering, appellee, v. E. A. Skubic and Harris Bros. Company, defendants, on appeal of Harris Bros. Company, appellant. Gen. No. 36,677.

Opinion filed November 6, 1933.

Stanley L. Shetler, for appellant. William J. Corrigan, for appellee; Donald M. Keenan, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

The People of the State of Illinois ex rel. Theodore C. Evers, relator, plaintiff in error, v. The Commissioners of Lincoln Park et al., defendants in error. Gen. No. 36,680.

Opinion filed November 6, 1933.

Bernard P. Barasa, for plaintiff in error; Henry M. Seligman, of counsel. James M. Slattery, for defendants in error; William H. Beckman and George E. Woods, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Rathbun-Grant-Heller Company, appellee, v. Donald F. Campbell, appellant. Gen. No. 36,689.

Opinion filed November 6, 1933.

Gilbert T. Graham, for appellant. John M. Lee and Earl V. Brown, for appellee; Thomas J. Carroll, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.